■ DUDLEY McCABE, Appellant, v. TOWN OF OYSTER BAY et al., Respondents, and HARBOUR GREEN CIVIC ASSOCIATION, INC., et al., Intervenors-Respondents.— Motion by intervenor-defendants-respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 27, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MT. ZION BAPTIST CHURCH OF PORT CHESTER, INC., et al., Appellants, v. SYLVESTER BROWN et al., Defendants-Respondents and Third-Party Plaintiffs. JOHN H. NICHOLS et al., Third-Party Defendants.— On the call of the calendar, respondents' oral motion to dismiss the appeal granted and appeal dismissed, there being no appearance for appellants and appellants having failed to comply with the order of this court, made October 10, 1960, requiring them to perfect their appeal for the December 1960 Term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BARBER, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, commencing March 27, 1961; the appeal is ordered on the calendar for said term. Motion by appellant for assignment of counsel granted. Louis W. Arnold, Jr., Esquire, of 50 Church Street, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CLYDE BROWN, Defendant.— Motion by defendant to dispense with printing and for assignment of counsel, dismissed. There is no appeal pending in this court. It appears that defendant has neither filed nor served a notice of appeal from the judgment of the County Court, Kings County, rendered February 17, 1958, convicting and sentencing him for the crime of manslaughter in the first degree, or from the judgment of said court rendered June 26, 1947, convicting and sentencing him for the crime of attempted burglary in the third degree; and that the defendant's time to appeal has expired. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.